**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PIERRE GENEVIER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 08-5681-AG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and plaintiff's Objections filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendant's Cross-Motion for Summary Judgment is granted.

/

/

/

/

3. The decision of the Commissioner is affirmed.

4. Judgment shall be entered consistent with this order.

5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 1, 2009

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE