# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PIERRE GENEVIER, | No. CV 08-5681-AG (PLA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Report and Recommendation.

DATED: December 1, 2009

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE